**F I L E D**
May 3, 2005
Charles R. Fulbruge III

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-60227
Summary Calendar
_____

FARIBA KEIVANI,

Petitioner,

versus

ALBERTO R. GONZALES, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A95 534 120
--------------------

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Fariba Keivani petitions for review of the decision of the Board of Immigration Appeals (BIA) summarily affirming the immigration judge's decision to deny her application for asylum, withholding of deportation, and relief under the Convention against Torture. She contends that the immigration judge erred in making an adverse credibility finding. Keivani maintains that the immigration judge evinced bias against her, misunderstood her testimony, ignored or discounted documentary evidence, and wrongly found inconsistencies in her testimony and in her written

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

statements.  We have reviewed the record and the briefs and conclude that Keivani has not established that the record compels that the credibility ruling be overturned.  See Lopez de Jesus v. INS, 312 F.3d 155, 161 (5th Cir. 2002).

Keivani contends that she has established her eligibility for asylum, withholding of deportation, and relief under the Convention against Torture.  In light of the adverse credibility determination, we need not consider whether Keivani has established an entitlement to such relief.  See Chun v. INS, 40 F.3d 76, 79 (5th cir. 1994).

PETITION DENIED.